1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO.CR06-5244RBL |
| v. | ORDER GRANTING CONTINUANCE OF TRIAL DATE |
| YONG HAE SU YI, | |
| Defendant. | |

The defendant moves to continue the trial date. The government has advised the clerk they do not object to the requested continuance. For the reasons expressed in the Declaration of John J. Sinclair, the motion is GRANTED and the Trial Date is **CONTINUED to October 23, 2006.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JUNE 26, 2006 to OCTOBER 23, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **OCTOBER 23, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **OCTOBER 11, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **SEPTEMBER 5, 2006.**

IT IS SO ORDERED this 9th day of June, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2